IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

BRIDGETTE A. TURNER
ADC #706745                                                                                                    PLAINTIFF

V.                                              1:06CV00019 JTR

MAGGIE CAPLES, Assistant Warden,
McPherson Unit, Arkansas Department of Correction, et al.                   DEFENDANTS

### JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that, pursuant to Local Rule 5.5(c)(2), this case is DISMISSED, WITHOUT PREJUDICE, due to Plaintiff's failure to timely and properly comply with the Court's October 4, 2006 Order.  Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

DATED this  7th  day of November, 2006.

_____
UNITED STATES MAGISTRATE JUDGE