# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### BATESVILLE DIVISION

BRIDGETTE A. TURNER
ADC #706745                                                                                    PLAINTIFF

V.                                      1:06CV00019 JTR

MAGGIE CAPLES, Assistant Warden,
McPherson Unit, Arkansas Department of Correction, et al.        DEFENDANTS

### AMENDED JUDGMENT

Consistent with the Amended Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, due to Plaintiff's failure to timely and properly exhaust her available administrative remedies. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Amended Order of Dismissal would not be taken in good faith.

DATED this 20th day of December, 2006.

_____
UNITED STATES MAGISTRATE JUDGE